IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:04CR108
                                )
      v.                        )
                                )
COREY L. KNIGHT,                )        ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to extend trial date (Filing No. 18). The Court notes plaintiff has no objection to said motion; and defendant has filed a waiver of speedy trial (Filing No. 19). Accordingly,

IT IS ORDERED that defendant's motion is granted; trial is rescheduled for:

**Monday, July 18, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 16, 2005, and July 18, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court