IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:04CR108
                              )
       v.                     )
                              )
COREY L. KNIGHT,              )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to continue (Filing No. 21). The Court notes defendant has no objection to said motion; and defendant has filed a waiver of speedy trial (Filing No. 19). Accordingly,

IT IS ORDERED that plaintiff's motion is granted; trial is rescheduled for:

**Monday, September 12, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 18, 2005, and September 12, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court