UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COREY L. KNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to withdraw (Filing No. 23) is scheduled for hearing before the undersigned magistrate judge at **11:30 a.m. on August 3, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Defendant must be present for the hearing.

DATED this 28th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge