IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )         8:04CR108
                               )
     v.                        )
                               )
COREY L. KNIGHT,               )         ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 30). The Court notes plaintiff has no objection to said motion; and defendant has filed a waiver of speedy trial (Filing No. 19). Accordingly,

IT IS ORDERED that plaintiff's motion is granted; trial is rescheduled for:

**Monday, November 14, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 3, 2005, and November 14, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court