IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:04CR108
                                )
         v.                     )
                                )
COREY L. KNIGHT,                )         ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 38). The Court notes plaintiff has no objection to said motion. Accordingly,

IT IS ORDERED that defendant's motion is granted; sentencing is rescheduled for:

**Thursday, February 2, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 17th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court