IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )         8:04CR108
                              )
     v.                       )
                              )
COREY L. KNIGHT,              )         ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on defendant's motions for sentence reduction (Filing Nos. 68 and 71), and the stipulation of the parties (Filing No. 73). The retroactive amendment to the cocaine base guideline changes the total (final) offense level from 31 to 29. The government and defense agree that the new sentence should be one hundred twenty (120) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures.

The defendant was found to be responsible for 150 to 500 grams of crack cocaine. Title 21, United States Code, Section 841(a) requires that defendant be sentenced to a term of imprisonment of not less than ten years. Accordingly his new guideline imprisonment range is 120 to 135 months. Considering the time served and credit for good time,

IT IS ORDERED that said motions to reduce sentence are granted except no oral argument will be held, and the stipulation of the parties is approved and adopted; the sentence of the

defendant is reduced to a term of one hundred twenty (120) months.  He shall receive credit for all time served.  The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 11th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court